**Fill in this information to identify the case:**

Debtor 1: Shenequa Lanae Jones

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of MS (State)

Case number: 25-00246

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Standard Mortgage Corporation

Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 0 2 0 4

Date of payment change:
Must be at least 21 days after date of this notice: 04/01/2026

New total payment: $1770.11
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Property taxes increased over $1,300.00 & insurance increased $354.00. Shortage has been spread over 24 months

   Current escrow payment: $ 340.29     New escrow payment: $ 562.95

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☐ No
   ☐ Yes.

   Current HELOC payment:     $ _____

   Reconciliation amount:     + $ _____ or
                              − $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Tax and Insurance Account Disclosure Statement                    February 20, 2026

**Standard Mortgage Corporation**  
701 Poydras Street, 300 Plaza  
New Orleans LA 70139-0300  
(800)448-4190

Loan Number  
Due Date        03/01/26

**Property Address:**  
112 CARL CIR  
BYRAM MS 39272

SHENEQUA JONES  
112 CARL CIR  
BYRAM MS 39272

### Account History for 02/25 Through 01/26

| Month | Projected T&I Pmt | Actual T&I Pmt | Projected T&I Disb | Actual T&I Disb | Disb Desc | Projected T&I Balance | Actual T&I Balance |
|---|---|---|---|---|---|---|---|
| Starting T&I Balance...... | | | | | | 1,187.27 | 1,285.27 |
| February | 340.85 | 340.29 * | 0.00 | 0.00 | | 1,528.12 | 1,625.56 |
| | 0.00 | 0.00 | 0.00 | 91.25 * | FHA Mortgage Insurance | 1,528.12 | 1,534.31 |
| March | 340.85 | 340.29 * | 91.25 | 91.25 | FHA Mortgage Insurance | 1,777.72 | 1,783.35 |
| | 0.00 | 0.00 | 0.00 | 90.07 * E | FHA Mortgage Insurance | 1,777.72 | 1,693.28 |
| April | 340.85 | 340.29 * | 1,512.92 | 1,867.67 * | Hazard Insurance | 605.65 | 165.90 |
| | 0.00 | 0.00 | 91.25 | 91.25 | FHA Mortgage Insurance | 514.40 | 74.65 |
| May | 340.85 | 340.29 * | 91.25 | 91.25 | FHA Mortgage Insurance | 764.00 | 323.69 |
| June | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 1,013.60 | 573.91 |
| July | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 1,263.20 | 824.13 |
| August | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 1,512.80 | 1,074.35 |
| September | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 1,762.40 | 1,324.57 |
| October | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 2,012.00 | 1,574.79 |
| November | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 2,261.60 | 1,825.01 |
| December | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 2,511.20 | 2,075.23 |
| | 0.00 | 0.00 | 0.00 | 2,887.30 * | County Tax | 2,511.20 | -812.07 ** |
| January | 340.85 | 340.29 * | 91.25 | 90.07 * | FHA Mortgage Insurance | 2,760.80 | -561.85 |
| | 0.00 | 0.00 | 1,573.52 | 0.00 * | County Tax | 1,187.28 | -561.85 |
| Totals...... | 4,090.20 | 4,083.48 | 4,090.19 | 5,930.60 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  An "E" indicates estimates for future payments or disbursements.

The mortgage payment, as of the last T&I Account Disclosure Statement, was 1,547.45.  The breakdown was as follows: 1,207.16 Principal and Interest, 340.29 T&I, 0.00 Miscellaneous Insurance, 0.00 Subsidy.

Last year, we anticipated that disbursements from the T&I account would be made during this period equalling 4,090.19.  Under RESPA, the low monthly T&I balance should not have exceeded 514.40, or 1/6 of anticipated disbursements.  Under the mortgage contract, the low monthly T&I balance should not have exceeded 514.40.  Under the servicers selected low point, the low monthly T&I balance should not have exceeded 514.40.  The low balance was -812.07**.

Review the difference in the activity that we projected to occur against the actual history.  Possibilities for not reaching the low balance may include:
1. A tax bill, insurance bill, or other T&I item was paid at a lower amount than projected, or was paid later than projected.
2. A surplus from a prior year was not eliminated.
3. Unscheduled deposits were made to the T&I account.
4. Unscheduled disbursements were made from the T&I account.

For further explanation, please call (800)448-4190 or (504)569-3921.

Tax and Insurance Account Disclosure Statement                February 20, 2026

**Standard Mortgage Corporation**  
701 Poydras Street, 300 Plaza  
New Orleans LA 70139-0300  
(800)448-4190

Loan Number  
Due Date        03/01/26

Property Address:  
112 CARL CIR  
BYRAM MS 39272

SHENEQUA JONES  
112 CARL CIR  
BYRAM MS 39272

## Account Projection Detail for 04/26 Through 03/27

| Month | Projected T&I Pmt | Projected T&I Disb | Disb Desc | Current Bal Projection | Required Bal Projection |
|---|---|---|---|---|---|
| Starting T&I Balance...... | | | | 28.66 | 1,867.67 |
| April | 486.32 | 90.07 | FHA Mortgage Insurance | 424.91 | 2,263.92 |
| May | 486.32 | 1,867.67 | Hazard Insurance | -956.44 | 882.57 |
|  | 0.00 | 90.07 | FHA Mortgage Insurance | -1,046.51 | 792.50 ** |
| June | 486.32 | 90.07 | FHA Mortgage Insurance | -650.26 | 1,188.75 |
| July | 486.32 | 90.07 | FHA Mortgage Insurance | -254.01 | 1,585.00 |
| August | 486.32 | 90.07 | FHA Mortgage Insurance | 142.24 | 1,981.25 |
| September | 486.32 | 90.07 | FHA Mortgage Insurance | 538.49 | 2,377.50 |
| October | 486.32 | 90.07 | FHA Mortgage Insurance | 934.74 | 2,773.75 |
| November | 486.32 | 90.07 | FHA Mortgage Insurance | 1,330.99 | 3,170.00 |
| December | 486.32 | 90.07 | FHA Mortgage Insurance | 1,727.24 | 3,566.25 |
| January | 486.32 | 90.07 | FHA Mortgage Insurance | 2,123.49 | 3,962.50 |
|  | 0.00 | 2,887.30 | County Tax | -763.81 | 1,075.20 |
| February | 486.32 | 90.07 | FHA Mortgage Insurance | -367.56 | 1,471.45 |
| March | 486.32 | 90.07 | FHA Mortgage Insurance | 28.69 | 1,867.70 |
| Totals...... | 5,835.84 | 5,835.81 | | | |

| | | | | |
|---|---|---|---|---|
| Tax and Insurance Account Disclosure Statement | | | | February 20, 2026 |
| | | | Loan Number | ~~260204~~ |
| | | | Due Date | 03/01/26 |

Account Projection Summary for 04/26 Through 03/27

| | | | | |
|---|---|---|---|---|
| Projected T&I Payment: | 486.32  ( 12 payments ) | | | |
| Current Balance Projected Low Point: | | -1,046.51 | New Payment Information: | |
| Less the lowest of the following: | | | Current P&I Payment: | 1,207.16 |
| RESPA Allowed Low Point: | 792.50 | | T&I Payment: | 486.32 |
| Mtg Document Allowed Low Point: | 792.50 | | 1/24 of Shortage: | 76.63 |
| Low Point Selected By Servicer: | 792.50 | 792.50 | | |
| Net Balance: | | 1,839.01 | | |
| Resulting Shortage: | | 1,839.01 | | |
| T&I Balance: | | 28.66 | | |
| Plus Shortage: | | 1,839.01 | | |
| | | | New Payment Effective:   04/01/26 | 1,770.11 |

| | | |
|---|---|---|
| Required Beginning Balance Projection to Ensure Low Point (incl reserves) of: | 792.50 ** | 1,867.67 |

There is a shortage of 1,839.01.  This shortage may be collected over a period of 12 months or more.  WE HAVE DECIDED TO COLLECT IT OVER 24 MONTHS.

An "F" indicates a reserve amount held in the account for a future year disbursement.

Reserves held for items yet to be paid are needed in the escrow account to pay for tax and/or insurance items that were due to be paid prior to the T&I computation period, as indicated.

For further explanation, please call (800)448-4190 or (504)569-3921.

Keep this statement for comparison with the actual activity in the account at the end of the next escrow accounting computation year.

---

*Handwritten note:*

Taxes Increased over $1,300.00
Insurance Increased $354.00
Shortage was spread over 24 months

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Shenequa Lanae Jones
CASE NO: 23-50037
CHAPTER 13

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a copy of the annexed **Notice of Mortgage Payment Change** filed on behalf of Standard Mortgage Corporation was mailed by United States Mail, postage prepaid, to the following:

Trustee:

Harold J. Barkley, Jr
P. O. Box 4476
Jackson, MS 39296

Attorney for Debtor(s):

Thomas Carl Rollins, Jr.
P. O. Box 13767
Jackson, MS 39236

Debtor(s):

Shenequa Lanae Jones
112 Carl Circle
Byram, MS 39272

This certificate dated February 20, 2026, at Shreveport, Louisiana.

_____
Debbie Barrett
Standard Mortgage Corporation, Creditor
Bankruptcy Department
425 Ashley Ridge Blvd, Suite 335
Shreveport, LA 71106

Debtor 1    Shenequa Lanae Jones
            First Name   Middle Name   Last Name

Case number (if known) 25-00246

|   | Amount of next payment (including reconciliation amount) | $_____ |
|---|---|---|
|   | Amount of the new payment thereafter (without reconciliation amount) | $_____ |

### Part 4: Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ *[signature]*   Date 02/20/2026
Signature

Print:   Debbie   L   Barrett       Title  Bankruptcy Clerk
         First Name  Middle Name  Last Name

Company  Standard Mortgage Corporation

Address  425 Ashley Ridge Blvd., Suite 335
         Number       Street
         Shreveport                    LA       71106
         City                          State    ZIP Code

Contact phone (318) 865-6333         Email  dbarrett@stanmor.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2